Mark A. Finkelstein (State Bar No. 173851)
mafinkelstein@jonesday.com
Meredith L. Williams (State Bar No. 292888)
mwilliams@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612.4408
Telephone:  +1.949.851.3939
Facsimile:   +1.949.553.7539

Tracy A. Stitt (*pro hac vice*)
tastitt@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001.2113
Telephone:  +1.202.879.3939
Facsimile:   +1.202.626.1700

Attorneys for Defendant
TREASURY WINE ESTATES AMERICAS
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAG'S LEAP WINE CELLARS, LLC, a California Limited Liability Company, and STE. MICHELLE WINE ESTATES LTD., a Washington Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TREASURY WINE ESTATES AMERICAS COMPANY, a Delaware Corporation; TREASURY WINE ESTATES AMERICAS COMPANY, a Delaware Corporation, D/B/A STAGS' LEAP WINERY; and TREASURY WINE ESTATES AMERICAS COMPANY, a Delaware Corporation, D/B/A WINE WORLD ESTATES,<br><br>Defendants. | Case No. 3:16-CV-04922-RS<br><br>STIPULATION AND [PROPOSED] ORDER RELATING CASES<br><br>**[N.D. Civ. Local Rule 3-12, 7-11]**<br><br>Complaint Filed:  August 26, 2016<br><br>Related Case No. 3:16-cv-5764 |

1    In the Administrative Motion to Consider Whether Cases Should Be Related,
2  Defendant Treasury Wine Estates Americas Company moves that this Court order
3  *Treasury Wine Estates Americas Co. v. Stag's Leap Wine Cellars, LLC et al.*, Case
4  No. 3:16-cv-5764, to be related to this case.  Plaintiffs Stag's Leap Wine Cellars,
5  LLC and Ste. Michelle Wine Estates Ltd. agree that these cases are related and
6  further believe these cases should be consolidated in this case, *Stag's Leap Wine*
7  *Cellars, LLC, et al. v. Treasury Wine Estates Americas Company, et al.*, Case No.
8  3:16-cv-04922-RS.  The parties agree that this Stipulation does not waive any rights
9  of the parties to argue that these cases should or should not be consolidated.
10   Pursuant to Local Rule 7-12, the parties hereby stipulate that the cases should
11  be related.  The filer obtained permission from the other signatory to file this
12  stipulation.

13  Dated:      October 14, 2016        JONES DAY

15                                      By: */s/ Mark A. Finkelstein*
16                                           Mark A. Finkelstein

17                                      Attorneys for Defendant
                                        TREASURY WINE ESTATES
18                                      AMERICAS COMPANY

19  Dated:      October 14, 2016        DLA PIPER LLP (US)

21                                      By: */s/ Ann K. Ford*
22                                           Ann K. Ford

23                                      Attorneys for Plaintiffs
                                        STAG'S LEAP WINE CELLARS,
24                                      LLC AND STE. MICHELLE WINE
                                        ESTATES LTD.

NAI-1502178644v1

- 1 -

STIPULATION AND [PROPOSED] ORDER
RELATING CASES
Case No. 3:16-CV-04922-RS

Having reviewed the Administrative Motion and the parties' stipulation, and good cause appearing, it is hereby ORDERED that the cases be related.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/25/16

By: _____
Hon. Richard Seeborg
UNITED STATES DISTRICT JUDGE